**Larry YOUNG, Appellant,**

v.

**DIVISION OF EMPLOYMENT, SECURITY, Respondent.**

**No. ED 102409**

Missouri Court of Appeals, Eastern District, DIVISION TWO.

FILED: June 9, 2015

Rehearing Denied July 14, 2015

Bryan Ethan Brody, Gusdorf Law Firm, LLC, 225 South Meramec, Suite 1220, Clayton, MO 63105, for appellant.

Division of Employment Security, Ninion S. Riley, P.O. Box 3100, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

### PER CURIAM

Larry Young (Claimant) appeals from the final order of the Labor and Industrial Relations Commission (the Commission) affirming and adopting the decision of the Appeals Tribunal, which upheld the determination of a deputy from the Division of Employment Security disqualifying Claimant from unemployment benefits. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. The Commission's final order is supported by competent and substantial evidence on the whole record. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).